OPINION — AG — ARTICLE XXIV, SECTION 1 PARAGRAPH 2, AUTHORIZES AMENDMENT OF THE CONSTITUTION BY AMENDMENT OF AN ENTIRE ARTICLE, OR THE ADDITION OF A NEW ARTICLE AS A SINGLE PROPOSAL OR PROPOSITION, IF SAID ARTICLE EMBRACES ONE GENERAL SUBJECT MATTER, EVEN THOUGH SAID ARTICLE PROVIDES FOR THE DELETION, REVISION, OR TRANSFER OF PROVISIONS IN OTHER ARTICLES WHERE GERMANE TO THE PROPOSED ARTICLE SUBMITTED. (W. HOWARD O'BRYAN)